IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TREON D. PATRICK,
    Petitioner,

vs.                                      CASE NO. 4:06cv543-SPM/WCS

JAMES McDONOUGH,
    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated September 10, 2007 (doc. 14). No objections have been filed. In accordance with Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

2. The motion to dismiss (doc. 13) is denied. On or before December 31, 2007, Respondent shall file an answer on the merits. Petitioner shall have 30 days after service of the answer to file a reply to the answer.

DONE AND ORDERED this 29th day of October, 2007.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge