IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TREON D. PATRICK,

        Petitioner,

vs.                                              CASE NO. 4:06cv543-SPM/WCS

WALTER A. MCNEIL,

        Respondent.
_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY
AND MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**

        This cause comes before the Court on Petitioner Treon D. Patrick's Notice of Appeal (doc. 32), which has been construed as a request for certificate of appealability, and Motion To Proceed In Forma Pauperis on Appeal (doc. 37). For the following reasons, the motions will be denied.

        1.     A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Report and Recommendation (doc. 28) fully and clearly evaluates

each of Petitioner's claims.  The resolution is not debatable and the issues do not deserve encouragement to appeal.

2. The standard for appealing in forma pauperis requires that the appeal be taken in good faith.  28 U.S.C. § 1915(a)(3).  Good faith in this context is measured by objectively.  <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962); <u>see</u> <u>also</u>, <u>Pace v. Evans</u>, 709 F.2d 1428, 1429 (in forma pauperis status must be denied if the appeal is "without arguable merit").  The Court certifies that Petitioner's appeal is not taken in objective good faith.  Petitioner failed to properly exhaust many of his claims.  As for his other claims, he has made no showing that the state court decision rests on an unreasonable determination of the facts or that it is contrary to, or involves an unreasonable application of, clearly established Federal law.

3. Petitioner has not submitted a trust fund account statement as required by 28 U.S.C. § 1915(a)(2) to proceed in forma pauperis.

Accordingly, it is ORDERED AND ADJUDGED:

1. The motion for certificate of appealability (doc. 32) is denied.

2. The motion to proceed in forma pauperis on appeal (doc. 37) is denied.

DONE AND ORDERED this 18th day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:06cv543-SPM/WCS